Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:  gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Defendants
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC. and
AMERICAN SURETY COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.,<br><br>　　　　　Defendants. | Case No.  C 11-04794 EMC<br><br>[Assigned to the<br>Honorable Edward M. Chen]<br><br>**STIPULATION TO ENLARGE TIME FOR FILING G&G/ASC'S RESPONSE TO GOVERNMENT'S COMPLAINT;**<br><br>[P~~ROP~~OSED] ORDER |

1  Pursuant to Civil L.R. 6-1(a), Defendants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the one hand, and Plaintiff United States of America ("United States"), on the other hand, by and through their respective counsel of record, bring this administrative motion by stipulation, and stipulate and agree as follows:

1. On September 27, 2011, the United States filed its complaint, dkt. 1.

2. On October 3, 2011, the case was reassigned to the Honorable Edward M. Chen, dkt. 7.

3. On October 13, 2011, the case was ordered related to Case No. C09-4029 EMC (*United States of America vs. Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc.*), dkt. 8.

4. In Case No. C09-4029 EMC, the Court entered an Order on November 22, 2011, pursuant to stipulation of the parties, to enlarge the time for the United States to respond to G&G/ASC's first amended counterclaim to December 30, 2011.

5. Per FED. R. CIV. P. 12(a)(1)(A)(ii), G&G/ASC has until December 6, 2011, to file a response to the United States' complaint in the instant case.

6. The parties stipulate to enlarge the time for G&G/ASC to respond to the United States' complaint to December 30, 2011.

IT IS SO STIPULATED.

Dated: December 1, 2011

| | |
|---|---|
| TONY WEST | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| Assistant Attorney General | |
| MELINDA HAAG | |
| United States Attorney | |
| | |
| */s/ John J. Siemietkowski* | */s/ Gary A. Nye* |
| J. CHRISTOPHER KOHN | GARY A. NYE |
| RUTH A. HARVEY | DAVID R. GINSBURG |
| E. KATHLEEN SHAHAN | Attorneys for Defendants |
| (D.C. Bar No. 267872) | GONZALES & GONZALES BONDS AND |

| | |
|---|---|
| JOHN J. SIEMIETKOWSKI (PA Bar. No. 50346) FRANCES M. MCLAUGHLIN (FL Bar No. 0256640) Trial Attorneys Civil Division, Commercial Litigation Branch P.O. Box 875, Ben Franklin Station Washington, DC  20044-0875 Tel:  202- 514-3368 Fax:  202-514-9163 John.Siemietkowski@usdoj.gov | INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC. |

Attorneys for the United States of America

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

| | |
|---|---|
| Stipulation to Enlarge Time for Filing G&G/ASC's Response to Government's Complaint | C 11-04794 EMC |