Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:  gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Defendants
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC. and
AMERICAN SURETY COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND<br>INSURANCE AGENCY, INC. and<br>AMERICAN SURETY COMPANY, INC.,<br><br>　　　　　　　　Defendants. | **Case No.  C 11-04794 EMC**<br><br>**[Assigned to the<br>Honorable Edward M. Chen]**<br><br>**STIPULATION TO ENLARGE TIME FOR FILING G&G/ASC'S RESPONSE TO GOVERNMENT'S COMPLAINT;**<br><br>[P̶R̶O̶P̶OSED] ORDER |

1    Pursuant to Civil L.R. 6-1(a), Defendants Gonzales & Gonzales Bonds and Insurance
2 Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the one hand, and Plaintiff
3 United States of America ("United States"), on the other hand, by and through their respective
4 counsel of record, bring this administrative motion by stipulation, and stipulate and agree as
5 follows:
6    1.   On September 27, 2011, the United States filed its complaint, dkt. 1.
7    2.   On October 3, 2011, the case was reassigned to the Honorable Edward M. Chen,
8 dkt. 7.
9    3.   On October 13, 2011, the case was ordered related to Case No. C09-4029 EMC
10 (*United States of America vs. Gonzales & Gonzales Bonds and Insurance Agency, Inc. and*
11 *American Surety Company, Inc.*), dkt. 8.
12   4.   In Case No. C09-4029 EMC, the Court entered an Order on November 22, 2011,
13 pursuant to stipulation of the parties, to enlarge the time for the United States to respond to
14 G&G/ASC's first amended counterclaim to December 30, 2011.
15   5.   Per FED. R. CIV. P. 12(a)(1)(A)(ii), G&G/ASC has until December 6, 2011, to file
16 a response to the United States' complaint in the instant case.
17   6.   The parties stipulate to enlarge the time for G&G/ASC to respond to the United
18 States' complaint to December 30, 2011.
19
20 IT IS SO STIPULATED.
21 Dated: December 1, 2011
22
TONY WEST                                              ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
23 Assistant Attorney General
   MELINDA HAAG
24 United States Attorney

25 */s/ John  J. Siemietkowski*          */s/ Gary A. Nye*
26 J. CHRISTOPHER KOHN                    GARY A. NYE
   RUTH A. HARVEY                         DAVID R. GINSBURG
27 E. KATHLEEN SHAHAN                     Attorneys for Defendants
   (D.C. Bar No. 267872)                  GONZALES & GONZALES BONDS AND
28

2

JOHN J. SIEMIETKOWSKI  
(PA Bar. No. 50346)  
FRANCES M. MCLAUGHLIN  
(FL Bar No. 0256640)  
Trial Attorneys  
Civil Division, Commercial Litigation Branch  
P.O. Box 875, Ben Franklin Station  
Washington, DC  20044-0875  
Tel:  202- 514-3368  
Fax:  202-514-9163  
John.Siemietkowski@usdoj.gov  

INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.

Attorneys for the United States of America

IT IS SO ORDERED:

_____  
Edward M. Chen  
U.S. District Judge

*IT IS SO ORDERED*  
*Judge Edward M. Chen*  
(Seal: United States District Court, Northern District of California)

3