Gary A. Nye, Esq. (Cal. Bar No. 126104) <gan@rpnalaw.com>
David R. Ginsburg, Esq. (Cal. Bar No. 210900) <drg@rpnalaw.com>
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Tel: (818) 992-9999; Fax: (818) 992-9991

Attorneys for Defendants/Counterclaimants

UNITED STATES DEPARTMENT OF JUSTICE
Kirk Manhardt
John Siemietkowski <John.Siemietkowski@usdoj.gov>
Frances M. McLaughlin <Frances.McLaughlin@usdoj.gov>
Commercial Litigation Branch, Civil Division
P.O. Box 875
Washington, D.C. 20044-0875
Tel: (202) 514-3368; Fax: (202) 514-9163

Attorneys for Plaintiff/Counter-Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.,<br><br>    Defendants. | Case Nos.   C 11-5231 EMC<br>             C 11-5522 EMC<br>             C 11-4794 EMC<br><br>Assigned to the<br>Honorable Edward M. Chen<br><br>**[PR~~OP~~OSED] ORDER REMANDING BONDS TO DHS FOR RECONSIDERATION** |
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.<br><br>    Counterclaimants,<br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>    Counterdefendants. | |

**ORDER REMANDING BONDS TO DHS**                        **CASE NOS.:  C 11-5231 EMC**
                                                                **C 11-5522 EMC**
                                                                **C 11-4794 EMC**

1 As set forth in the parties' January 7, 2016 Joint Case Management Statement (dkt. 275) and as explained at the January 14, 2016 hearing in Case No. C 09-4029 EMC, the Department of Homeland Security, Gonzales & Gonzales Bonds and Insurance Agency, Inc., and American Surety Company, Inc. seek to resolve the bond breach determinations in Case Nos. C 11-5231 EMC, C 11-5522 EMC, and C 11-4794 in accordance with this Court's orders in Case No. C 09-4029 EMC. For this reason, these matters are REMANDED for further consideration by the agency.

DATED: 2/1/16

IT IS SO ORDERED

Judge Edward M. Chen

| ORDER REMANDING BONDS TO DHS | CASE NOS.: C 11-5231 EMC |
| --- | --- |
| | C 11-5522 EMC |
| | C 11-4794 EMC |