UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>GONZALES & GONZALES BONDS & INSURANCE AGENCY, INC., et al.,<br><br>                Defendants. | Case No. 11-cv-04794-EMC<br><br>**And related case**<br>**C11-5231 EMC**<br>**C11-5522 EMC**<br><br>**CONDITIONAL DISMISSAL ORDER** |
|---|---|

Because the parties have indicated that they will likely be able to resolve the bond disputes on remand, the Court shall close the above cases. If there are further disputes in need of judicial resolution, the parties shall jointly move to re-open the cases.

**IT IS SO ORDERED.**

Dated: February 9, 2016

_____
Edward M. Chen
United States District Judge